AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     1:22-CV-06948-JMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **JPMorgan Chase Bank, N.A.**
was recieved by me on **8/17/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **John Doe**, who is designated by law to accept service of process on behalf of **JPMorgan Chase Bank, N.A.08/17/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 91.50** for services, for a total of **$ 91.50**.

I declare under penalty of perjury that this information is true.

Date:  08/17/2022

*E. Ivan*
*Server's signature*

**Erik Ivan**
*Printed name and title*

**459 17th Street
Brooklyn, NY 11215**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who indicated they were the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 25-35 years of age, 6'2"-6'6" tall and weighing 180-200 lbs.
Mohamed Dansoko**




Tracking #: **0091344083**