UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
**Sari E. Newman,**
**Plaintiff,**

                 **Case No. 22-cv-6948 (JMF)**

v.

**JPMorgan Chase Bank, N.A.**
**Defendant**
-------------------------------------------------X

## PROOF OF SERVICE- THE NOTICE OF INITIAL PRETRIAL CONFERENCE (DKT. 5) TOGETHER WITH THE COURT'S INDIVIDUAL RULES AND PRACTICES

  I certify that I mailed a copy of the "Notice of Initial Pretrial Conference" [Dkt. 5] together with the Court's Individual Rules and Practices on May 17, 2022, by regular mail to 28 Liberty Street, New York, NY 10005.

Dated this 15th Day of August 2022.

Respectfully submitted,
By:/s/ Shimshon Wexler
1118 Empire Rd. NE
Atlanta, GA 30329
212-760-2400
917-512-6132 (fax)
swexleresq@gmail.com