

**Michelle E. Tarson**
*Senior Counsel*

Direct 516.812.4519
Facsimile 516.812.4619

mtarson@staggwabnik.com

Also Admitted NJ

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

staggwabnik.com

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

September 6, 2022

VIA ECF
The Honorable Jesse M. Furman USDJ
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

*Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 10.  SO ORDERED.*

*September 7, 2022*

Re:   Sari E. Newman v. JPMorgan Chase Bank, N.A.
      Docket No.: 1:22-cv-06948-JMF

Dear Judge Furman:

This firm represents defendant JPMorgan Chase Bank, N.A. ("Chase") regarding the above matter. Chase's response to the complaint is currently due on September 7, 2022.

We are requesting a thirty-day adjournment, with plaintiff's consent to October 7, 2022 of Chase's time to respond to the complaint.  This is the first request for an extension and is sought so Chase can investigate the claim and the parties can determine if an amicable resolution can be reached.  There are no deadlines other than for Chase's response and the only upcoming event is a November 17th initial pre-trial conference.  The requested extension should not have any impact on the November 17th date.

Respectfully submitted,

Michelle E. Tarson

MET/bv
Encl.

cc:   Shimshon Wexler, Esq. (Via Ecf)
      Attorneys for Plaintiff