UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SARI E. NEWMAN,

                Plaintiff,                          Docket No.: 1:22-cv-06948-JMF

    -against-                                  **CORPORATE**
                                                            **DISCLOSURE STATEMENT**

JPMORGAN CHASE BANK, N.A.,

                Defendant.
----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A., by its undersigned counsel, states as follows:

      Defendant JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated:   Garden City, New York
            October 6, 2022

                                      Stagg Wabnik Law Group LLP

                                      By:_____
                                          Michelle E. Tarson
                                      *Attorneys for Defendant*
                                      *JPMorgan Chase Bank, N.A.*
                                      401 Franklin Avenue, Suite 300
                                      Garden City, New York 11530
                                      (516) 812-4550

TO:    Shimshon Wexler
*Attorneys for Plaintiff*
*Sari E. Newman*
1118 Empire Road
Atlanta, Georgia 30329