

**Michelle E. Tarson**
*Senior Counsel*

Direct 516.812.4519
Facsimile 516.812.4619

**mtarson@staggwabnik.com**

*Also Admitted NJ*

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

**staggwabnik.com**

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

February 28, 2023

<u>VIA ECF</u>
The Honorable Jesse M. Furman USDJ
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

  Re: Sari E. Newman v. JPMorgan Chase Bank, N.A.
    <u>Docket No.: 1:22-cv-06948-JMF</u>

Dear Judge Furman:

  This firm represents defendant JPMorgan Chase Bank, N.A. ("Chase"). The parties submit this joint letter seeking a 60 (sixty) day extension of all discovery deadlines in this matter. Plaintiff filed amended her amended complaint on or about December 29, 2022 which sought damages for emotional distress. In response to Chase's discovery demand, she provided a complete Authorization for Release of Health Information Pursuant to HIPAA on February 8, 2023. The authorization was sent to the provider on or about February 9, 2023 and my office is following up for the responsive records.

  My office also had subpoenas served upon Coastal Community Bank and Aspriation Financial LLC ("Aspriation") as they possess information critical to the litigation. Coastal Community Bank responded that it does not have access to the information sought as it is in the control of Aspriarion. We are following up with Aspriation for its response. The responses from the provider and Aspriation are necessary to discovery.

  The current discovery schedule, which was set before plaintiff amended her complaint to seek damages for emotional distress, provides for fact discovery to conclude on March 17th and for expert discovery to conclude on May 2nd. A pretrial conference is scheduled for March 30th. This is the first extension request.

The Honorable Jesse M. Furman USDJ
United States District Court
Southern District of New York
February 28, 2023
Page 2

    Thank you for your consideration.

                                      Respectfully submitted,

                                      Michelle E. Tarson

MET/bv
cc:    Shimshon Wexler, Esq. (Via ECF)
        Justin Baxter, Esq. (Via ECF)
        Attorneys for Plaintiff