

**Michelle E. Tarson**
Senior Counsel

Direct (516) 812-4519
Fax: (516) 812-4619
mtarson@staggwabnik.com

Also Admitted NJ

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

www.staggwabnik.com

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

October 3, 2023

VIA ECF
The Honorable Jesse M. Furman USDJ
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

    Re:    Sari E. Newman v. JPMorgan Chase Bank, N.A.
            Docket No.: 1:22-cv-06948-JMF

Dear Judge Furman:

    This firm represents defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. At 5 a.m. today, my office was advised that the Chase representative executing the affidavit in support of Chase's motion for summary judgment had a family emergency and needed to leave before he executed the affidavit. Due to this unforeseen circumstance, Chase respectfully requests an extension of one week of the current October 3, 2023 deadline for the parties to file summary judgment motions.

    Plaintiff's counsel consents to this request.

                                    Respectfully submitted,

                                    Michelle E. Tarson

cc:    Shimshon Wexler, Esq. (Via ECF)
       Justin Baxter, Esq. (Via ECF)
       Attorneys for Plaintiff

In light of the extenuating circumstances, application GRANTED. No further extensions will be granted. The Clerk of Court is directed to terminate ECF No. 49. SO ORDERED.

October 3, 2023