UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

SARI E. NEWMAN,

                Plaintiff,          Docket No.: 1:22-cv-06948-JMF

    -against-

JPMORGAN CHASE BANK, N.A.,

                Defendant.

-------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the attached Declaration of Thomas E. Stagg, executed October 10, 2023 and the exhibits annexed thereto, the Declaration of Kevin Kesterson dated October 5, 2023, the Affidavit of Laura L. Deck dated September 21, 2023, the accompanying Memorandum of Law, and upon all prior pleadings and proceedings had herein, Defendant JPMorgan Chase Bank, N.A. ("Chase") will move this Court, before the Honorable Jesse M. Furman, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for summary judgment pursuant to FRCP 56. Defendant will also move for the costs and disbursements of this motion and for such other and further relief as deemed just and proper by this Court.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served in accordance with the rules of the Court.

Dated: Garden City, New York
October 10, 2023

                                              Stagg Wabnik Law Group LLP

_____
Thomas E. Stagg (ts-0426)
Michelle E. Tarson (mt-0331)
*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*
401 Franklin Avenue, Suite 300
Garden City, New York 11530
Tel.: (516) 812-4501
Fax: (516) 812-4601
tstagg@staggwabnik.com

2