# Memorandum of Law in Support of Defendant's Motion for Summary Judgment

# Filed under Seal