UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SARI E. NEWMAN,

                            Plaintiff,

      -against-                                               22 **CIVIL** 6948 (JMF)

                                                                         **JUDGMENT**

JP MORGAN CHASE BANK, N.A.,

                            Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2024, Chase Bank's motion for summary judgment is GRANTED. Accordingly, no later than two weeks from the date of the Opinion and Order, Chase Bank is ORDERED to show cause in writing, on a document-by-document basis, why the documents currently filed under seal should remain filed under seal or in redacted form in light of this Opinion and Order. Proposed redactions should be "narrowly tailored" to achieve the aims that justify sealing. See, e.g., Brown, 929 F.3d at 47 (internal quotation marks omitted). Judgment is entered for Chase Bank; accordingly, the case is closed.

**Dated:**  New York, New York

       June 28, 2024

                                                                           **DANIEL ORTIZ**

                                                                     **Acting Clerk of Court**

                                                   **BY:**       *K. Mango*

                                                                      **Deputy Clerk**